STATE of Missouri, Respondent,

v.

Austin Lee MELCHIOR, Appellant.

WD 79383

Missouri Court of Appeals,
Western District.

Filed: August 29, 2017

Susan L. Hogan, District Defender, Kansas City, MO, for Appellant.

Joshua D. Hawley, Attorney General, and Robert J. (Jeff) Bartholomew, Jr., Jefferson City, MO, for Respondent.

Before Division Four: Mark D. Pfeiffer, Chief Judge, Presiding, Lisa White Hardwick and Edward R. Ardini, Jr., Judges

## ORDER

Per Curiam

Following a bench trial, Austin Melchior was convicted of felony sexual misconduct involving a child, felony attempted sexual misconduct involving a child, and misdemeanor sexual misconduct. On appeal, he contends there was insufficient evidence to support the convictions. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment of conviction.

AFFIRMED. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Thedral R. HARDRIDGE
Sr., Appellant.

WD 79191

Missouri Court of Appeals,
Western District.

ORDER FILED: August 29, 2017

Robert J. Bartholomew Jr., Jefferson City, MO, for respondent.

Laura G. Martin, Kansas City, MO, for appellant.

Before Division One: James Edward Welsh, Presiding Judge, Lisa White Hardwick, Judge and Gary D. Witt, Judge

## ORDER

Per curiam:

Appellant Thedral Hardridge ("Hardridge") appeals his conviction of class C felony child abuse, section 568.060, for beating his son T.H. with an electrical cord. Following a jury trial in the Circuit Court of Jackson County, Missouri, Hardridge was found guilty and sentenced to nine years' imprisonment as a prior and persistent offender. We affirm. A memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).